UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN A. WALSH, | Case No. 2:15-cv-02350-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Bank of America, N.A. (Dkt. #32). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Bank of America, N.A. shall have until **March 21, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 27th day of January, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE