Eric Tsai (12882)
**MAURICE WUTSCHER LLP**
71 Stevenson, Suite 400
San Francisco, California 94105
Tel. (415) 529-7654
Facsimile: (866) 581-9302
E-mail: etsai@mauricewutscher.com

Attorneys for Defendant
*Compass Bank*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| BRIAN A. WALSH, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No.: 2:15-cv-02350-APG-PAL <br><br> Assigned to Hon. Andrew P. Gordon <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)** <br><br> Complaint Filed: August 6, 2015 <br> Trial Date: TBD |

Plaintiff Brian A. Walsh ("Plaintiff") and Defendant Compass Bank ("Compass"), by their attorneys, hereby request this Honorable Court to enlarge the time for Compass to respond to Plaintiff's Complaint, for the reasons that follow:

WHEREAS, Plaintiff filed his Complaint in state court on or about August 6, 2015. [DE 1].

WHEREAS, Compass was served with the summons and complaint on or about November 20, 2015.

WHEREAS, defendant Capital One Bank (USA), N.A. filed a notice of removal on or about December 9, 2015.  [*Id*.].

WHEREAS, in his Complaint, Plaintiff alleges that Compass supposedly violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA") by reporting inaccurate information on Plaintiff's credit report after Plaintiff's discharge in bankruptcy.  *See* Compl., ¶¶ 61-62, 70-71.  [*Id*.].

WHEREAS, Compass filed a stipulation for extension of time to respond on December 16, 2015.  [DE 15].  On December 21, 2015, Compass filed a notice of corrected document in accordance with Court's Minute Order entered on the same day.  [DE 19].

WHEREAS, on January 11, 2016, the Court denied without prejudice Compass's stipulation for extension of time to respond.  [DE 28].  On the same day, Compass filed an amended stipulation in accordance with the Court's Minute Order.  [DE 29].

WHEREAS, due to the nature of Plaintiff's allegations, Compass requires additional time to investigate the factual allegations contained in the Complaint and prepare an appropriate response.

WHEREAS, the parties submit this motion not for the purpose of delay, but to allow Compass additional time to appropriately respond to the Complaint.

WHEREAS, no other party would be unduly prejudiced if the Court grants Compass additional time to complete its investigation.

WHEREAS, Plaintiff's counsel has no objection to an extension of time up to and including February 3, 2016.

WHEREAS, this is Compass's second request to an extension of time to respond.

[continued on next page]

WHEREFORE, the parties respectfully request that this Court issue an order enlarging the time for Compass to file its response to the Complaint up to and including February 3, 2016, and that this Court provide such further relief as it deems just and necessary.

Dated: January 19, 2016

| | |
|---|---|
| /s/ Eric Tsai | /s/ Michael Kind |
| Eric Tsai (12882) | Michael Kind (13903) |
| **MAURICE WUTSCHER LLP** | **KAZEROUNI LAW GROUP, APC** |
| 71 Stevenson Street, Suite 400 | 7854 W. Sahara Avenue |
| San Francisco, California 94105 | Las Vegas, NV 89117 |
| Tel. (415) 529-7654 | Tel. (800) 400-6808 |
| Facsimile: (866) 581-9302 | Facsimile: (800) 520-5523 |
| E-mail: etsai@mauricewutscher.com | E-mail: mkind@kazlg.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Compass Bank* | *Brian A. Walsh* |

**IT IS SO ORDERED:**

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2016

**CERTIFICATE OF SERVICE**

I, Eric Tsai, certify that on the 19th day of January 2016 and pursuant to Fed. R. Civ. P. 5, I served a true and correct copy of the foregoing document and related exhibits on all interested parties via CM/ECF.

/s/ Eric Tsai
Eric Tsai