Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Brian A. Walsh*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN A. WALSH,<br><br>            Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No.: 2:15-cv-02350-APG-PAL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Brian A. Walsh ("Plaintiff") and Defendant Capital One ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 29th day of January 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**FERNALD LAW GROUP LLP**

By: /s/    Brandon Claus Fernald
Brandon Claus Fernald, Esq.
6236 Laredo Street
Las Vegas, NV 89146
(702) 410-7500
Fax: (702) 410-7520
Email: brandon.fernald@fernaldlawgroup.com
*Attorneys for Defendant Capital One*

IT IS SO ORDERED:

_____          _____
UNITED STATES DISTRICT JUDGE

DATED: February 3, 2016