Abran E. Vigil
Nevada Bar No. 7548
Joseph Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Defendant
Mortgage Service Center.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN A. WALSH,<br><br>             Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | Case No.  2:15-cv-2350-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR MORTGAGE SERVICE CENTER TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

   Defendant Mortgage Service Center's ("MSC") response to the complaint was previously due on December 14, 2015. Plaintiff Brian A. Walsh and MSC stipulate and agree that MSC has up to and including March 9, 2016 to respond to the complaint, to provide for MSC to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against MSC. This request is made in good faith and not for the purpose of delay.

DMWEST #13845973 v1

Dated:  February  16, 2016

BALLARD SPAHR LLP                                          KAZEROUNI LAW GROUP, APC

By: /s/ Joseph Sakai                                       By:  /s/ Michael Knid
Abran E. Vigil                                             Michael Kind
Nevada Bar No. 7548                                        Nevada Bar No. 13903
Joseph Sakai                                               7854 W. Sahara Avenue
Nevada Bar No. 13578                                       Las Vegas, Nevada 89117
100 North City Parkway, Suite 1750                         *Attorney for Plaintiff*
Las Vegas, Nevada 89106
*Attorneys for Defendant*
*Mortgage Service Center*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 22, 2016