Abran E. Vigil
Nevada Bar No. 7548
Joseph Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Defendant*
*Mortgage Service Center*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN A. WALSH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No.  2:15-cv-2350-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR MORTGAGE SERVICE CENTER TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Brian A. Walsh and Defendant Mortgage Service Center ("MSC") stipulate and agree that MSC has up to and including April 1, 2016 to respond to the complaint, to provide for MSC to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against MSC. This request is made in good faith and not for the purpose of delay.

*[Remainder of Page Intentionally Left Blank]*

DMWEST #13845973 v1

Dated: March 10, 2016

| | |
|---|---|
| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
| By: /s/ Joseph Sakai | By: /s/ Michael Kind |
| Abran E. Vigil<br>Nevada Bar No. 7548<br>Joseph Sakai<br>Nevada Bar No. 13578<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>*Attorneys for Defendant*<br>*Mortgage Service Center* | Michael Kind<br>Nevada Bar No. 13903<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 16, 2016