UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| BRIAN A. WALSH, | | Case No. 2:15-cv-02350-APG-PAL |
| | Plaintiff, | ORDER |
| v. | | |
| BANK OF AMERICA, N.A., | | |
| | Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Experian Information Solutions, Inc. (Dkt. #60).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **June 17, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 20th day of April, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE