UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRIAN A. WALSH,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendants.

Case No. 2:15-cv-02350-APG-PAL

ORDER

Before the court is the Notice of Settlement Between Plaintiff and Mortgage Service Center (Dkt. #65). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **June 20, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 25th day of April, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1