Eric Tsai (12882)
**MAURICE WUTSCHER LLP**
71 Stevenson, Suite 400
San Francisco, California 94105
Tel. (415) 529-7654
Facsimile: (866) 581-9302
E-mail: etsai@mauricewutscher.com

Attorneys for Defendant
*Compass Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| BRIAN A. WALSH,<br><br>             Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | Case No.: 2:15-cv-02350-APG-PAL<br><br>Assigned to Hon. Andrew P. Gordon<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST)**<br><br>Complaint Filed: August 6, 2015<br>Trial Date: TBD<br><br>**ORDER** |

Plaintiff Brian A. Walsh ("Plaintiff") and Defendant Compass Bank ("Compass"), by their attorneys, hereby request this Honorable Court to enlarge the time for Compass to respond to Plaintiff's First Amended Complaint, for the reasons that follow:

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on April 19, 2016. [DE 59].

WHEREAS, Compass' responsive pleading to the FAC is due on May 3, 2016.

1  WHEREAS, in his FAC, Plaintiff alleges that Compass supposedly violated
2  the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA") by
3  reporting inaccurate information on Plaintiff's credit report after Plaintiff's
4  discharge in bankruptcy.  See FAC, ¶¶ 47-62.  [*Id.*].
5  WHEREAS, due to the nature of Plaintiff's allegations, Compass requires
6  additional time to investigate the factual allegations contained in the FAC and
7  prepare an appropriate response.
8  WHEREAS, the parties submit this motion not for the purpose of delay, but
9  to allow Compass additional time to appropriately respond to the FAC.
10  WHEREAS, no other party would be unduly prejudiced if the Court grants
11  Compass additional time to complete its investigation.
12  WHEREAS, Plaintiff's counsel has no objection to an extension of time up
13  to and including May 17, 2016.
14  WHEREAS, this is Compass's first request to an extension of time to
15  respond to the FAC.

[continued on next page]

WHEREFORE, the parties respectfully request that this Court issue an order enlarging the time for Compass to file its response to the FAC up to and including May 17, 2016, and that this Court provide such further relief as it deems just and necessary.

Dated: April 30, 2016

| /s/ Eric Tsai | /s/ Michael Kind |
|---|---|
| Eric Tsai (12882) | Michael Kind (13903) |
| **MAURICE WUTSCHER LLP** | **KAZEROUNI LAW GROUP, APC** |
| 71 Stevenson Street, Suite 400 | 7854 W. Sahara Avenue |
| San Francisco, California 94105 | Las Vegas, NV 89117 |
| Tel. (415) 529-7654 | Tel. (800) 400-6808 |
| Facsimile: (866) 581-9302 | Facsimile: (800) 520-5523 |
| E-mail: etsai@mauricewutscher.com | E-mail: mkind@kazlg.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Compass Bank* | *Brian A. Walsh* |

**IT IS SO ORDERED:**

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2016