Eric Tsai (12882)
**MAURICE WUTSCHER LLP**
71 Stevenson, Suite 400
San Francisco, California 94105
Tel. (415) 529-7654
Facsimile: (866) 581-9302
E-mail: etsai@mauricewutscher.com

Attorneys for Defendant
*Compass Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| BRIAN A. WALSH,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No.: 2:15-cv-02350-APG-PAL<br><br>Assigned to Hon. Andrew P. Gordon<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT (SECOND REQUEST)**<br><br>FAC Filed: April 19, 2016<br>Trial Date: TBD |

Plaintiff Brian A. Walsh ("Plaintiff") and Defendant Compass Bank ("Compass"), by their attorneys, hereby request this Honorable Court to enlarge the time for Compass to respond to Plaintiff's First Amended Complaint, for the reasons that follow:

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on April 19, 2016. [DE 59].

WHEREAS, Compass' responsive pleading to the FAC is due on May 17, 2016. [DE 72].

WHEREAS, Plaintiff and Compass have been exploring informal resolution of this matter, and the parties require additional time to consult with their clients regarding settlement.

WHEREAS, the parties submit this motion not for the purpose of delay, but to facilitate an informal resolution without the parties incurring unnecessary attorneys' fees.

WHEREAS, no other party would be unduly prejudiced if the Court grants Compass additional time to file its response to the FAC.

WHEREAS, Plaintiff's counsel has no objection to an extension of time up to and including June 7, 2016.

WHEREAS, this is Compass's second request to an extension of time to respond to the FAC.

[continued on next page]

WHEREFORE, the parties respectfully request that this Court issue an order enlarging the time for Compass to file its response to the FAC up to and including June 7, 2016, and that this Court provide such further relief as it deems just and necessary.

Dated:  May 17, 2016

/s/ Eric Tsai
Eric Tsai (12882)
**MAURICE WUTSCHER LLP**
71 Stevenson Street, Suite 400
San Francisco, California 94105
Tel. (415) 529-7654
Facsimile: (866) 581-9302
E-mail: etsai@mauricewutscher.com
*Attorneys for Defendant*
*Compass Bank*

/s/ Michael Kind
Michael Kind (13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Tel. (800) 400-6808
Facsimile: (800) 520-5523
E-mail: mkind@kazlg.com
*Attorneys for Plaintiff*
*Brian A. Walsh*

**IT IS SO ORDERED:**

_____
HONORABLE PEGGY A. LEEN
U.S. MAGISTRATE JUDGE

DATED: May 20, 2016

**CERTIFICATE OF SERVICE**

I, Eric Tsai, certify that on the 17th day of May 2016 and pursuant to Fed. R. Civ. P. 5, I served a true and correct copy of the foregoing document and related exhibits on all interested parties via CM/ECF.

*/s/ Eric Tsai*
Eric Tsai