WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher S. Connell, Esq.
Nevada Bar No. 11547
7785 West Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
cconnell@wrightlegal.net
*Attorney for Defendants, Roundpoint Mortgage Servicing Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN A. WALSH,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 2:15-cv-02350-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT AGAINST ROUNDPOINT MORTGAGE SERVICING CORPORATION** |

Defendant ROUNDPOINT MORTGAGE SERVICING CORPORATION (hereinafter "ROUNDPOINT") by and through its attorneys of record, Christopher S. Connell, Esq. and Edgar C. Smith, Esq. of the law firm of WRIGHT, FINLAY & ZAK and Plaintiff, BRIAN A. WALSH (hereinafter "WALSH"), by and through his attorney of record Michael Kind, Esq. of the law firm of KAZEROUNI LAW GROUP, APC, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint filed by Plaintiff BRIAN A. WALSH is dismissed WITH PREJUDICE as to ROUNDPOINT MORTGAGE SERVICING CORPORATION;

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:  June 20 2016.

IT IS SO STIPULATED AND AGREED.

DATED this 17th day of June, 2016.   DATED this 17th day of June, 2016.

WRIGHT, FINLAY & ZAK, LLP   KAZEROUNI LAW GROUP, APC

/s/ Christopher S. Connell   /s/ Michael Kind_____
Christopher S. Connell, Esq.   Michael Kind, Esq.
Nevada Bar No. 12720   Nevada Bar No. 13903
7785 W. Sahara Ave., Suite 200,   7854 W. Sahara Avenue
Las Vegas, NV 89117   Las Vegas, NV 89117
*Attorneys for Defendant, Roundpoint*   *Attorneys for Plaintiff Brian A. Walsh*
*Mortgage Servicing Corporation*

**ORDER**

IT IS SO ORDERED

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED**:_____