Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN A. WALSH, | Case No.: 2:15-cv-02350-APG-PAL |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND MORTGAGE SERVICE CENTER** |
| BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

# JOINT STATUS REPORT

The dispute between Plaintiff Brian A. Walsh ("Plaintiff") and Defendant Mortgage Service Center ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have agreed to the settlement terms and Plaintiff has signed an approved settlement agreement. The Parties are waiting for Defendant to execute the approved settlement agreement. The Parties anticipate filing dismissal documents within 30 days—on or before August 19, 2016.

DATED this 20th day of July 2016.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: /s/ Joseph P. Sakai
Joseph P. Sakai, Esq.
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
*Attorneys for Mortgage Service Center*

IT IS SO ORDERED. The parties shall have until August 19, 2016, to file a stipulation to dismiss or a joint status report indicating when the stipulation will be filed.

Dated this 28th day of July, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE