Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Brian A. Walsh*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN A. WALSH, | Case No.: 2:15-cv-02350-APG-PAL |
| Plaintiff, | |
| v. | **JOINT MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT COMPASS BANK** |
| BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC., | **ORDER** |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Brian A. Walsh ("Plaintiff") and Defendant Compass Bank ("Compass") move this Court to dismiss without prejudice Plaintiff's claims against Compass only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of June 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Maurice Wutscher LLP**

By: /s/ Eric Tsai
Eric Tsai, Esq.
71 Stevenson Street, Suite 400
San Francisco, CA 94105
*Attorneys for Compass Bank*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 11, 2016