Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN A. WALSH,<br><br>　　　　Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:15-cv-02350-APG-PAL<br><br>**SECOND JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND MORTGAGE SERVICE CENTER** |

# JOINT STATUS REPORT

The dispute between Plaintiff Brian A. Walsh ("Plaintiff") and Defendant Mortgage Service Center ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have agreed to the settlement terms and Plaintiff has signed an approved settlement agreement. The Parties are waiting for Defendant to execute the approved settlement agreement. The Parties anticipate filing dismissal documents within 30 days—on or before September 16, 2016.

DATED this 19th day of August 2016.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: /s/ Joseph P. Sakai
Joseph P. Sakai, Esq.
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
*Attorneys for Mortgage Service Center*

IT IS ORDERED that the parties shall have until 9/16/2016, to file the stipulation for dismissal. If not, Defendant Mortgage Service shall file an answer no later than 9/23/2016.

Dated: August 23, 2016

_____
Peggy A. Leen
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 19, 2016, the foregoing JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND MORTGAGE SERVICE CENTER was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117