Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Brian A. Walsh*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN A. WALSH,<br><br>Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, COMPASS BANK, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:15-cv-02350-APG-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT MORTGAGE SERVICE CENTER**<br><br>**ORDER** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Brian A. Walsh ("Plaintiff") and Defendant Mortgage Service Center ("MSC") stipulate to dismiss with prejudice Plaintiff's claims against MSC.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 15th day of September 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: /s/   Joseph P. Sakai
Joseph P. Sakai, Esq.
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
*Attorneys for Mortgage Service Center*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 15, 2016